IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| G&G CLOSED-CIRCUIT EVENTS, LLC, as Broadcast Licensee of the April 9, 2011 Strikeforce: Nick Diaz v. Paul Daley Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:14-cv-00886 |
| 1) AMERICAN LIBERTY HOSPITALITY, INC., individually, and d/b/a EMBASSY SUITES HOUSTON DOWNTOWN, and d/b/a EMBASSY SUITES HOTEL (DOWNTOWN), and d/b/a EMBASSY SUITES, and d/b/a HILTON GARDEN INN, and d/b/a HILTON GARDEN INN-GALLERIA AREA; 2) NICHOLAS MASSAD a/k/a NICHOLAS J. MASSAD a/k/a NICHOLAS JOE MASSAD a/k/a NICHOLAS JOE MASSAD, JR. a/k/a NICK J. MASSAD, JR., individually, and d/b/a EMBASSY SUITES HOUSTON DOWNTOWN, and d/b/a EMBASSY SUITES HOTEL (DOWNTOWN), and d/b/a EMBASSY SUITES, and d/b/a HILTON GARDEN INN, and d/b/a HILTON GARDEN INN-GALLERIA AREA; and 3) VICKI L. MASSAD a/k/a VICKI LYNN MASSAD, Individually, and d/b/a EMBASSY SUITES HOUSTON DOWNTOWN, and d/b/a EMBASSY SUITES HOTEL (DOWNTOWN), and d/b/a EMBASSY SUITES, and d/b/a HILTON GARDEN INN, and d/b/a HILTON GARDEN INN-GALLERIA AREA, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff G&G Closed-Circuit Events, LLC ("Plaintiff") and Defendants 1) American Liberty Hospitality, Inc., ~~individually, and d/b/a Embassy Suites Houston Downtown, and d/b/a Embassy Suites Hotel (Downtown), and d/b/a Embassy Suites, and d/b/a Hilton Garden Inn, and d/b/a Hilton Garden Inn-Galleria Area;~~ 2) Nicholas Massad a/k/a Nicholas J. Massad a/k/a Nicholas Joe Massad a/k/a Nicholas Joe Massad, Jr. a/k/a Nick J. Massad, Jr., individually, and d/b/a Embassy Suites Houston Downtown, and d/b/a Embassy Suites Hotel (Downtown), and d/b/a Embassy Suites, and d/b/a Hilton Garden Inn, and d/b/a Hilton Garden Inn-Galleria Area; and 3) Vicki L. Massad a/k/a Vicki Lynn Massad, Individually, and d/b/a Embassy Suites Houston Downtown, and d/b/a Embassy Suites Hotel (Downtown), and d/b/a Embassy Suites, and d/b/a Hilton Garden Inn, and d/b/a Hilton Garden Inn-Galleria Area (collectively "Defendants") announced to the Court that this case is settled.  Plaintiff and Defendants also announced to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants as well as any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final judgment, any relief not expressly granted herein is hereby DENIED.

SIGNED at Houston, Texas on this the **13** day of **Mar**, 2015.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: _____
David M. Diaz
Attorney-in-charge
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: _____
Thomas M. Pickford
Attorney-in-charge
State Bar No. 15986000
Southern District Bar No. 19450
pickford@hooverslovacek.com

HOOVER SLOVACEK LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
(713) 977-8686 – Telephone
(713) 977-5395 – Facsimile

ATTORNEY FOR DEFENDANTS